[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12152
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 13, 2012
JOHN LEY
CLERK

D.C. Docket No. 2:10-cr-00452-AKK-TMP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRACY SHAWN GUTHRIE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(January 13, 2012)

Before HULL, PRYOR and KRAVITCH, Circuit Judges

PER CURIAM:

J. Tim Coyle, appointed counsel for Tracy Shawn Guthrie in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guthrie's conviction and sentence are **AFFIRMED**.